UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES HAVASSY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-00775-RP ) ) |
| KELLER WILLIAMS REALTY, INC., | ) ) |
| Defendant. | ) ) |

## MEMORANDUM TO COURT

On February 27, 2023, the parties had a conference call with the Court in which Plaintiff's counsel advised that he would be filing a Motion to Transfer Venue to the Eastern District of Pennsylvania on Monday, March 13, 2023. The Court did not set a deadline for Plaintiff to file his motion. Plaintiff's counsel, however, writes the Court to advise the motion will be filed by Wednesday, March 15, 2023 – two days than originally anticipated. Defendant's counsel has no objection to Plaintiff filing the motion by March 15, 2023.

Respectfully submitted,

**BUTSCH ROBERTS & ASSOCIATES LLC**

*/s/ Christopher E. Roberts*
Christopher E. Roberts (admitted pro hac vice)
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Phone: 314-863-5700
Fax: 314-863-5711
croberts@butschroberts.com

*Attorneys for Plaintiff, James Havassy, and all others similarly situated*

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2023 a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Christopher E. Roberts*